UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

WESLEY J. WILEY,

                Defendant.
-------------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 15 2011
BROOKLYN OFFICE

JUDGMENT
10-CV- 2106 (ENV)

        A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on November 10, 2011, granting Plaintiff's motion for summary judgment; awarding Plaintiff $7,520.37 in principal obligations and $7,255.44 in interest; ordering that pre-judgment interest shall accrue at $1.65 a day from October 12, 2011 until the date of entry of judgment; and directing that Plaintiff is entitled to post-judgment interest under 28 U.S.C. § 1961; it is

        ORDERED and ADJUDGED that Plaintiff's motion for summary judgment is granted; Plaintiff United States of America is awarded $7,520.37 in principal obligations and $7,255.44 in interest, with pre-judgment interest of $56.10, for a total of $14,831.91 ; and that Plaintiff is entitled to post-judgment interest under 28 U.S.C. § 1961.

Dated: Brooklyn, New York
       November 14, 2011

                                       DOUGLAS C. PALMER
                                       Clerk of Court